IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

**MOHANSINGH RAMESH,** :

    Petitioner, :

vs. : CIVIL ACTION 06-00676-WS-B

**DAVID O. STREIFF,**
*et al.,* :

    Respondents. :

                                   :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that this action be and is hereby **DISMISSED** as moot.

DONE this 7th day of June, 2007.

                          s/WILLIAM H. STEELE
                          UNITED STATES DISTRICT JUDGE