```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                        NORTHERN DIVISION
```

**MOHANSINGH RAMESH,**                :

    **Petitioner,**                  :

**vs.**                               :   **CIVIL ACTION 06-00676-WS-B**

**DAVID O. STREIFF,**
*et al.,*                             :

    **Respondents.**                 :

                                          :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this petition be and is hereby dismissed as moot.

DONE this 7th day of June, 2007.

                                        s/WILLIAM H. STEELE
                                        UNITED STATES DISTRICT JUDGE